No. 72–6341.  MASQUA v. KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 72–6343.  BERNATOWICZ v. TWOMEY, WARDEN. C. A. 7th Cir.  Certiorari denied.

No. 72–6346.  SOWDER v. CITY OF CINCINNATI.  Sup. Ct. Ohio.  Certiorari denied.

No. 72–6354.  BAKER v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 72–6356.  LOMBARDI v. NEW YORK POST ET AL. C. A. 2d Cir.  Certiorari denied.

No. 72–6360.  HALLOWELL v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 72–6361.  BRYANT v. PRESCOTT ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 72–6362.  DOSTAL v. NOVAK, CORRECTION ADMINISTRATOR.  C. A. 6th Cir.  Certiorari denied.

No. 72–983.  LIGHTMAN v. MARYLAND.  Ct. App. Md. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1096.  NADALINE ET AL. v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1142.  MELTON ET UX. v. YOUNG ET AL.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6183.  SMITH v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.